# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **ASHLEY M. TELLMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:23-cv-00620-DJH-CHL** |
| ) | |
| **ACIMA DIGITAL, LLC, COMENITY BANK,** ) | |
| **EQUIFAX INFORMATION SERVICES LLC,** ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | |
| **INC., HEIGHTS FINANCE CORP., MARINER** ) | |
| **FINANCE, LLC, PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC, TRANS UNION, LLC,** ) | |
| **and TRANSWORLD SYSTEMS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC ("Equifax") respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint to January 3, 2024. In support of this motion, Equifax states as follows:

1.     Plaintiff filed this Complaint in the Hardin District Court and was removed to this Court on November 27, 2023.

2.     Equifax was served with the Complaint on October 30, 2023.

3.     Absent an extension, Equifax's deadline to answer or otherwise respond to the Complaint is currently December 4, 2023.

4.     This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

5.      Equifax requests the extension in order for Equifax to further review the allegations in Plaintiff's Complaint and for the parties to engage in settlement negotiations. Accordingly, Equifax respectfully requests an extension through and including January 3, 2024 within which to file its answer or other responsive pleading in this matter.

6.      On November 29, 2023, counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including January 3, 2024 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

7.      This is Equifax's first request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Equifax respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until January 3, 2024.

Respectfully submitted,


 /s/John M. Williams
John M. Williams
WILLIAMS KILPATRICK, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
Telephone:  (859) 245-1059
Facsimile:  (859) 245-1231
williams@wktlaw.com

ATTORNEYS FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC